In the Matter of the Accounting of GERTRUDE M. MOORE, Individually and as Executrix of the Estate of HOWARD D. BONESTEEL, Appellant; ALDEN BONE-STEEL et al., Respondents.

(Argued June 4, 1934; decided July 3, 1934.)

*John T. Norton* for appellant.

*John H. Broderick, T. J. Quillinan, Clark Cipperley, William A. Glenn* and *Duncan B. Kaye* for Y. W. C. A. et al., respondents.

*John J. Mackrell* for Alden Bonesteel, respondent.

Order affirmed, with costs to each of the parties filing briefs on this appeal payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.